# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Michael Slocum,

    Plaintiff,

        v.                                    Case No. 1:18cv423

Sgt. S. Bear, *et al.*,                              Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 6, 2019 (Doc. 31).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 31) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 31) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion to Amend the Complaint (Doc. 26) is **DENIED**.

**IT IS SO ORDERED.**

                                                       *s/Michael R. Barrett*
                                                       Michael R. Barrett, Judge
                                                       United States District Court